## FOURTH CIRCUIT NON-COMPLIANT BRIEF AND APPENDIX CHECKLIST

**BRIEF DOES NOT CONTAIN (FRAP 28, 29):**

- Corporate Disclosure Statement
- Table of Contents, with page references
- Table of Authorities (alphabetically arranged) with page references to brief
- Jurisdictional Statement
- Statement of Issues
- Statement of Case
- Statement of Facts
- Summary of Argument
- Argument
    - Standard of Review (separate heading before discussion of issues is preferred)
    - Discussion of Issues
- Conclusion, stating relief sought
- Signature of Counsel
- Certificate of Compliance with typeface and length limitations
- Certificate of Service

**BRIEF FORMAT INSUFFICIENT BECAUSE (FRAP 32):**

- Improper cover color , cover should be_____
- Cover does not contain:
    - Fourth Circuit Docket Number, centered at top (do not include district or agency docket number)
    - Heading:  United States Court of Appeals for the Fourth Circuit
    - Title of Case (parties' names)
    - Nature of Proceeding and Court Below:  Appeal from the U.S. District Court for the District of ...
    - Title of Brief, identifying party for whom brief filed:  Brief of Appellant Joe Doe
    - Names, Addresses, Phone Numbers of Counsel participating in preparation of brief
- Binding is not secure down left side of document
- Illegible copying
- Needs 1" Margin on All Sides
- Brief references record rather than appendix or does not reference appendix at all
- Font size too small  *(FRAP 32(a)(5))*
- Text is not double spaced

| | |
|---|---|
| | Length exceeds that allowed by *FRAP 32(a)(7)* |
| | Brief is double sided |
| | Brief contains improper addendum material |
| | Brief contains improper hyperlinks *(Admin. Order 08-01, Rule 13)* |
| | Required paper copies not received *(Admin. Order 08-01, Rule 1(c); Loc. R. 31(d))* Number needed: |

**APPENDIX DOES NOT CONTAIN (FRAP 30, Loc. R. 30(b)):**

| |
|---|
| Detailed Table of Contents with:<br>   Page numbers<br>   Name of each witness whose testimony is included and page number on which testimony begins<br>   Number and description of each exhibit and page number on which exhibit begins |
| Name of testifying witness and type of examination at top of each page of appendix containing testimony |
| Portions of record vital to understanding issues on appeal, including:<br>   District court/agency docket sheet<br>   Complaint or petition (civil)/Indictment (criminal)<br>   Sentencing transcript (required in sentencing appeal)<br>   Presentence report (required in sentencing appeal)<br>   Opinion and order/judgment appealed from<br>   Notice of appeal |

**APPENDIX FORMAT INSUFFICIENT BECAUSE (FRAP 32):**

| |
|---|
| Improper color cover, cover should be white<br>Cover does not contain:<br>   Fourth Circuit Docket Number, centered at top (do not include district or agency docket number)<br>   Heading:  United States Court of Appeals for the Fourth Circuit<br>   Title of Case (parties' names)<br>   Nature of Proceeding and Court Below:  Appeal from the U.S. District Court for the District of . . .<br>   Title of Document:  Joint Appendix<br>   Names, Addresses, Phone Numbers of Counsel <u>on both sides of case</u> |
| Binding is not secure down left side of document |
| Appendix does not lie reasonably flat when open |
| Appendix contains condensed transcript |
| Appendix does not have page numbers |
| Appendix is not in chronological order |
| No joint appendix (this appeal requires a joint appendix) |
| Additional copies required   (       ) |

**NOTES:**
Brief is not text searchable.  Please file a corrected brief that is text searchable.